**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSE L. ANGUIANO,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 13-71764

Agency No. A077-960-868

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Jose L. Anguiano, a native and citizen of Mexico, petitions for review of an

immigration judge's ("IJ") decision denying his application for deferral of removal

under the Convention Against Torture ("CAT").  We have jurisdiction under 8

U.S.C. § 1252.  We review for substantial evidence the agency's factual findings,

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Zheng v. Ashcroft*, 332 F.3d 1186, 1193 (9th. Cir. 2003), and we deny the petition for review.

Substantial evidence supports the IJ's finding that Anguiano failed to show it is more likely than not that he would be tortured by or at the instigation of, or with the consent or acquiescence of, a public official or other person acting in an official capacity. *See Delgado-Ortiz v. Holder*, 600 F.3d 1148, 1152 (9th Cir. 2010) (denying relief under CAT where only "general evidence of violence and crime" was presented); *see also Dhital v. Mukasey*, 532 F.3d 1044, 1051-52 (9th Cir. 2008) (concluding the evidence did not indicate a particularized threat of torture to petitioner). Thus, petitioner's claim for relief under CAT fails.

**PETITION FOR REVIEW DENIED.**